# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**SHEENA HETZEL,**

      **Plaintiff,**

**vs.**
                              **Case No.: 2:19-cv-2512**
                              **JUDGE GEORGE C. SMITH**
                              **Magistrate Judge Jolson**

**HONDA OF AMERICA MFG., INC.,** *et al.*,

      **Defendants.**

## ORDER

On July 8, 2019, the Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Unopposed Motion to Sever Count V and for Partial Remand bee granted. (Doc. 9). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Unopposed Motion to Sever Count V and for Partial Remand is hereby **GRANTED**. Count V of Plaintiff's Complaint (Workers' Compensation Retaliation) is hereby remanded to the Union County Court of Common Pleas.

The Clerk shall remove Documents 8 and 9 from the Court's pending motions list.

      **IT IS SO ORDERED**.

                                     */s/ George C. Smith*
                                     **GEORGE C. SMITH, JUDGE**
                                     **UNITED STATES DISTRICT COURT**